**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2083

JENNIFER MAZZARELLO,

Plaintiff - Appellant,

versus

LUCENT TECHNOLOGIES, INCORPORATED, a New
Jersey corporation,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge.
(CA-02-3576-AMD)

Submitted: February 19, 2004        Decided: February 24, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jennifer Mazzarello, Appellant Pro Se. Robert Ross Niccolini,
MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jennifer Mazzarello appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons as stated by the district court in its order granting the employer's motion for summary judgment. See Mazzarello v. Lucent Tech., Inc., No. CA-02-3576-AMD (D. Md. July 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED